1  CROWELL & MORING LLP
   Jennifer S. Romano (CSB No. 195953, jromano@crowell.com)
2  Nathanial J. Wood (CSB No. 223547, nwood@crowell.com)
   515 South Flower St., 40th Floor
3  Los Angeles, California  90071
   Telephone:     213.622.4750
4  Facsimile:     213.622.2690

5  CROWELL & MORING LLP
   Ethan P. Schulman (CSB No. 112466, eschulman@crowell.com)
6  Steven E. Wilson (CSB No. 240843, swilson@crowell.com)
   275 Battery Street, 23rd Floor
7  San Francisco, California  94111
   Telephone:     415.986.2800
8  Facsimile:     415.986.2827

9  Attorneys for Defendants HEALTH NET, INC.
   and HEALTH NET OF CALIFORNIA, INC.

10

11              UNITED STATES DISTRICT COURT

12             NORTHERN DISTRICT OF CALIFORNIA

13                    OAKLAND DIVISION

14

15  CATHERINE EANDI, on behalf of herself      Case No. CV 11-2002 LB
    and all others similarly situated,
16                                             **STIPULATION TO EXTEND TIME IN**
                   Plaintiff,                  **WHICH TO ANSWER OR OTHERWISE**
17                                             **RESPOND TO THE COMPLAINT AND IN**
              v.                               **WHICH TO FILE AN AMENDED**
18                                             **COMPLAINT; [PROPOSED] ORDER**
    HEALTH NET, INC. OF CALIFORNIA;
19  HEALTH NET, INC.; IBM
    CORPORATION; DOES 1-25, inclusive,
20
                   Defendants.
21

22

23                  **I.    STIPULATION**

24       WHEREAS, Defendants Health Net of California, Inc. and Health Net, Inc. (together,

25  "Health Net") filed a notice of removal of this action on April 25, 2011;

26       WHEREAS, Federal Rule of Civil Procedure 81(c)(2) provides that Defendants' deadline

27  to answer or otherwise respond to Plaintiff's Complaint is within 7 days after the notice of

28  removal is filed, *i.e.,* May 2, 2011;

CROWELL
& MORING LLP
ATTORNEYS AT LAW

STIPULATION TO EXTEND TIME TO ANSWER OR
OTHERWISE RESPOND TO COMPLAINT, AND TO
AMEND COMPLAINT; [PROPOSED] ORDER, CASE
NO. CV 11-2001 LB

SFACTIVE-902292760.1

1    WHEREAS, Health Net's counsel has requested a 30-day extension of each defendant's

2    time to prepare and file its Answer or other response to Plaintiff's Complaint and said extension

3    will not alter the date of any event or deadline already fixed by Court order;

4    WHEREAS, Federal Rule of Civil Procedure 15(a)(1)(B) provides that Plaintiff may file

5    an amended complaint as a matter of course within 21 days after Defendants' responsive

6    pleadings are served;

7    WHEREAS, Plaintiff's counsel has requested and Defendants have agreed to provide

8    Plaintiff 35 days to file an amended complaint after receipt of Defendants' responsive pleadings;

9    NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE THAT

10   pursuant to Civil Local Rule 6-1(a), the time within which all Defendants shall file their

11   Answer(s) or other response(s) to Plaintiff's Complaint in this action shall be extended to June 2,

12   2011.  This extension will not alter the date of any event or any deadline already fixed by Court

13   order, and thus need not be approved by the Court pursuant to Civil Local Rule 6-1(a).

14   The time in which Plaintiff may file an amended complaint after receipt of Defendants'

15   Answer(s) or other response(s) shall be extended to July 7, 2011.  An order approving the

16   extension of time to file an amended complaint appears below.

17

18   Dated:  April 27, 2011                                    CROWELL & MORING LLP

19                                                                              /s/

20                                                                  Ethan P. Schulman
                                                                   Attorneys for Defendants
21                                                           HEALTH NET, INC. and HEALTH NET OF
                                                                     CALIFORNIA, INC.
22

23

24

25

26

27

28

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-2-

STIPULATION TO EXTEND TIME TO ANSWER OR
OTHERWISE RESPOND TO COMPLAINT, AND TO
AMEND COMPLAINT; [PROPOSED] ORDER, CASE
NO. CV 11-2025 LB

SFACTIVE-902292760.1

Dated: April 27, 2011                    QUINN EMANUEL URQUHART & SULLIVAN
                                                          LLP


                                                          /s/


                                              Karin Kramer
                                         Attorneys for Defendant
                                              IBM CORP.


Dated: April 27, 2011                         GIRARD GIBBS LLP


                                                          /s/


                                              Eric H. Gibbs
                                         Attorneys for Plaintiff
                                         CATHERINE EANDI


Pursuant to General Order 45 Section X.B, the above signatories concur in the filing of this
document.

## II.    ORDER

        Pursuant to the stipulation of the parties, the Court hereby ORDERS that the time in

which Plaintiff may file an amended complaint after receipt of Defendants' Answer(s) or other

response(s) shall be extended to July 7, 2011.


**IT IS SO ORDERED.**


DATED:  May 3, 2011

        _____
        LAUREL BEELER
        United States Magistrate Judge

STIPULATION TO EXTEND TIME TO ANSWER OR
OTHERWISE RESPOND TO COMPLAINT, AND TO
AMEND COMPLAINT; [PROPOSED] ORDER, CASE
NO. CV-11-2001-LB

SFACTIVE-902292760.1