1  Eric H. Gibbs (State Bar No. 178658)
   ehg@girardgibbs.com
2  Geoffrey A. Munroe (State Bar No. 228590)
   gam@girardgibbs.com
3  Matthew B. George (State Bar No. 239322)
   mbg@girardgibbs.com
4  **GIRARD GIBBS LLP**
5  601 California Street, 14th Floor
   San Francisco, California  94108
6  Telephone:  (415) 981-4800
   Facsimile:  (415) 981-4846
7
8  David P. Meyer (Ohio Bar No. 0065205)
   dmeyer@dmlaws.com
9  Matthew R. Wilson (Ohio Bar No. 0072925)
   mwilson@dmlaws.com
10 (*pro hac vice* to be filed)
11 **DAVID P. MEYER & ASSOCIATES CO., LPA**
   1320 Dublin Road, Suite 100
12 Columbus, Ohio 43215
   Telephone: (614) 224-6000
13 Facsimile: (614) 224-6066 (fax)
14
   Attorneys for Individual and Representative
15 Plaintiff Catherine Eandi

16                    **UNITED STATES DISTRICT COURT**

17          **NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO DIVISION**

| | |
|---|---|
| CATHERINE EANDI, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HEALTH NET OF CALIFORNIA, INC.; HEALTH NET, INC.; IBM CORPORATION; DOES 1-25, inclusive,<br><br>Defendants. | Case No. 3:11-cv-2002-JSW<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONSOLIDATE AND TRANSFER CASES TO THE EASTERN DISTRICT OF CALIFORNIA** |

STIPULATION AND [PROPOSED] ORDER TO CONSOLIDATE
AND TRANSFER CASES TO EASTERN DISTRICT OF CALIFORNIA
CASE NO. 11-cv-2002-JSW

The parties, by and through their attorneys of record, hereby stipulate as follows:

Whereas, on March 22, 2011, Plaintiff Catherine Eandi filed this class action against Defendants Health Net, Inc., Health Net of California, Inc. (collectively "Health Net"), International Business Machines Corporation ("IBM"), and Does 1-25 in the Superior Court for the County of San Francisco, Case No. CGC-11-509415;

Whereas, on April 25, 2011, Health Net filed a notice of removal to the United States District Court for the Northern District of California. The case was assigned to the Honorable Laurel Beeler, No. 3:11-cv-2002 ("*Eandi I*");

Whereas, on April 25, 2011, IBM filed a notice of removal to the United States District Court for the Northern District of California. The case was assigned to the Honorable Laurel Beeler, No. 3:11-cv-2025 ("*Eandi II*");

Whereas, pursuant to the parties' joint motion, on May 9, 2011, *Eandi I* and *Eandi II* were ordered related to the matter of *Green v. Health Net, Inc.*, No. 3:11-cv-1797, and re-assigned to the Honorable Jeffrey S. White;

Whereas, numerous other proposed class actions have been filed in federal courts throughout California, involving the same defendants and overlapping classes, including the following four cases filed in the Eastern District of California: *Whitaker v. Health Net of California, Inc.*, No. 11-cv-910; *Assavarungnirum v. Health Net of California, Inc.*, No. 11-cv-1008; *Avila v. Health Net, Inc.*, No. 11-cv-1097; *Bournas v. Health Net, Inc.*, No. 11-cv-1262; and the following three actions filed in the Central District: *Bowman v. Health Net, Inc.*, No. 11-cv-1320; *Johnston v. Health Net, Inc.*, No. 11-cv-02958, and *Kirk v. Health Net, Inc.*, No. 11-cv-02536;

Whereas, pursuant to 28 U.S.C. § 1404(a), the Honorable Percy Anderson of the Central District transferred *Bowman v. Health Net, Inc.*, No. 11-cv-1320, *Johnston v. Health Net, Inc.*, No. 11-cv-02958, and *Kirk v. Health Net, Inc.*, No. 11-cv-02536 to the Eastern District of California for the convenience of the parties and in the interests of justice;

Whereas, Judge Anderson found, and the parties do not here dispute, that the requirements for a transfer under 28 U.S.C. § 1404(a) are met: the Eastern District is convenient for the parties and

1

STIPULATION AND [PROPOSED] ORDER TO CONSOLIDATE
AND TRANSFER CASES TO EASTERN DISTRICT OF CALIFORNIA
CASE NO. 11-cv-2002-JSW

witnesses; that district has easier access to evidence not available in electronic format; it has subject-matter jurisdiction and personal jurisdiction over the parties; venue is proper; and several other cases are pending there;

Whereas, it would be inefficient, expensive, and could lead to inconsistent results to have this case pending in a different District from the other cases addressing the same event;

Whereas, for the reasons described above and for the reasons discussed in the *Bowman* order, *see* Exhibit A, transfer of this case to the Eastern District of California is appropriate under 28 U.S.C. § 1404(a);

Whereas, to maintain an accurate record of the underlying proceedings, the *Eandi I* and *Eandi II* actions should be consolidated prior to transfer pursuant to Federal Rule of Civil Procedure 42(a)(2) because they involved the exact same parties, the same questions of law and fact, and arise from the same underlying complaint that was removed from the San Francisco Superior Court;

Whereas, the Defendants shall have the time to respond to the complaint in the *Eandi* actions extended from June 2, 2011 to July 11, 2011;

Therefore, the parties hereby stipulate that the *Eandi I* and *Eandi II* actions:

1. Shall be consolidated pursuant to Federal Rule of Civil Procedure 42(a)(2) because they involve the exact same parties, the same questions of law and fact, and arise from the same underlying complaint;

2. Shall be transferred to the Eastern District of California under 28 U.S.C. § 1404(a) for the convenience of parties and witnesses and in the interests of justice; and

3. The time for the Defendants to respond to the *Eandi* complaint shall be extended from June 2, 2011 to July 11, 2011.

1  DATED: May 24, 2011           QUINN EMANUEL URQUHART &
2                                 SULLIVAN, LLP

3                                 By /s/ Karin Kramer
                                    Karin Kramer
4                                   Attorneys for Defendant International Business
                                    Machines Corporation
5

6  DATED: May 24, 2011           GIRARD GIBBS LLP
7
                                  By /s/ Eric H. Gibbs
8                                   Eric H. Gibbs
                                    Attorneys for Plaintiff Catherine Eandi
9

10 DATED: May 24, 2011           CROWELL & MORING LLP
11
                                  By /s/ Ethan P. Schulman
12                                  Ethan P. Schulman
                                    Attorneys for Defendants Health Net of
13                                  California, Inc. and Health Net, Inc.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: May 26, 2011

_/s/ Jeffrey S. White_
Hon. Jeffrey S. White

---

3
STIPULATION AND [~~PROPOSED~~] ORDER TO CONSOLIDATE
AND TRANSFER CASES TO EASTERN DISTRICT OF CALIFORNIA
CASE NO. 11-cv-2002-JSW